**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7637**

_____

MICHAEL EUGENE HUNT,

      Plaintiff - Appellant,

   v.

YASMIN GRADY, Officer,

      Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Robert J. Conrad, Jr., District Judge. (5:12-cv-00144-RJC)

_____

Submitted: April 23, 2015      Decided: April 27, 2015

_____

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Eugene Hunt, Appellant Pro Se. Peter Andrew Regulski, Assistant Attorney General, Jodi Harrison, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Hunt appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hunt v. Grady, No. 5:12-cv-00144-RJC (W.D.N.C. Sept. 29 & Oct. 27, 2014). Hunt's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED